UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80286-CIV-RYSKAMP/VITUNAC

PERFECT WEB TECHNOLOGIES, INC.,

    Plaintiff,

v.

INFOUSA, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the Report and Recommendation of United States Magistrate Judge James M. Hopkins, dated July 7, 2009 **[DE 234]**. No objections to the Report and Recommendation have been filed. The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. Defendant's Motion for Attorneys' Fees under 35 U.S.C. § 285 and 28 U.S.C. § 1927, filed November 24, 2008 **[DE 192]**, is DENIED. It is further

ORDERED AND ADJUDGED that Defendant's Motion for Costs under Fed.R.Civ.P. 54 and 28 U.S.C. § 1920, filed November 25, 2008 **[DE 193]**, is GRANTED IN PART AND DENIED IN PART. Defendant is awarded $21,947.45 in costs.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 3d day of August, 2009.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE